

# THE THIRTEENTH COURT OF APPEALS

13-17-00469-CV

DAVID E. BLANCHARD, D.O., SCHUMACHER MANAGEMENT SERVICES INC., AND THE SCHUMACHER GROUP OF TEXAS, INC.

v.

RACHEL MARIE EVANS AND RONALD D. EVANS, INDIVIDUALLY AS WRONGFUL DEATH BENEFICIARIES OF RHONDA LYNN EVANS, DECEASED AND ON BEHALF OF ESTATE OF RHONDA LYNN EVANS, DECEASED

On Appeal from the
28th District Court of Nueces County, Texas
Trial Cause No. 2016DCV-3791-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

January 10, 2019